# HENRY PHILLIP GRUSS, LTD.

## Attorneys at Law

311 WEST SUPERIOR STREET
SUITE 314
CHICAGO IL 60654
(312) 422-1880 (telephone)
(312) 573-0023 (facsimile)

www.henryphillipgrussltd.com

Henry Phillip Gruss
Gena G. Romagnoli

March 23, 2020

Via U.S. Mail
Magistrate Judge Maria Valdez
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Courtroom 1041, Chambers 1058
Chicago, IL 60604

                                           Re:    *Rose v. The United States of America*
                                                       Case No: 1:18-cv-02927

Dear Judge Valdez:

      I am one of the plaintiff's attorneys in the above-referenced matter. Presently, this matter is scheduled for a settlement conference with you on April 16, 2020 at 2:00 p.m. I am in receipt of your "Instructions for Settlement Conference" and understand that typically plaintiff's counsel is responsible for delivering copies of both parties' settlement letters to the Courtroom Deputy at least twenty-one days before the conference. Given that the Courthouse is presently closed due to the coronavirus, both plaintiff and defendant's settlement letters are enclosed herein.

                                                      Very truly yours,

                                                      Gena Gruss Romagnoli

cc: Alex Hartzler
    Enc.