UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 C 2927 |
| v. | ) | |
| | ) | Judge Gettleman |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties interpreted paragraph 5 of the third general order (Dkt. 49) not to apply to this case because the court had entered an order (Dkt. 43) after March 16, 2020. Per the court's recent minute entry (Dkt. 53), the parties jointly submit this status report.

**A.     Progress of Discovery**

The only discovery left to be completed in this Federal Tort Claims Act medical malpractice case are the depositions of the United States' expert witnesses. Those depositions had been scheduled for this spring, but the parties agreed to postpone them in light of the coronavirus pandemic.

**B.     Status of Briefing**

No motions are being briefed.

**C.     Settlement Efforts**

The parties have a telephone settlement conference with Magistrate Judge Valdez scheduled for June 10, 2020.

**D.     Proposed Schedule for the Next 45 Days**

No special schedule for the next 45 days is needed.

E.  **Proposed Revised Discovery Schedule**

The parties propose that expert depositions be completed by August 31, 2020, by video if necessary.

F.  **Action the Court Can Take Without a Hearing**

The court can re-set the expert discovery deadline and set a trial date without a hearing, though it may be helpful to consult with the parties before setting a trial date.

G.  **Whether a Telephone Hearing Is Necessary and Urgent**

A telephone hearing is neither necessary nor urgent, though a telephone hearing may be useful for setting a trial date.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Alex Hartzler
        ALEX HARTZLER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-1390
        alex.hartzler@usdoj.gov

     s/ Henry Phillip Gruss
    HENRY PHILLIP GRUSS
    Attorney for Plaintiff
    Henry Phillip Gruss, Ltd.
    311 West Superior Street, Suite 314
    Chicago, Illinois 60654
    (312) 422-1880
    hpgltd@hotmail.com